IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00057-MR-WCM

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| JOYCE DAVIS; REBECCA ANN ELLISON: DONNA KAYE LEONARD; VANDALYN DIANE ROSE; and MARIA ALAINA DIRHOLD, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 35) filed by Chelsea K. Barnes.

The Motion indicates that Ms. Barnes, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Donna O. Tillis, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 35) and **ADMITS** Donna O. Tillis to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 6, 2024

W. Carleton Metcalf
United States Magistrate Judge